1   Patrick G. Byrne, Esq.
    Nevada Bar No. 7636
2   pbyrne@swlaw.com
3   Justin L. Carley, Esq.
    Nevada Bar No. 9994
4   jcarley@swlaw.com
    SNELL & WILMER L.L.P.
5   3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169
6   Telephone (702) 784-5200
7   Facsimile (702) 784-5252

8   *Attorneys for Plaintiff Ralph Korte Revocable*
    *Indenture of Trust dated August 4, 1980*
9

10                      **UNITED STATES DISTRICT COURT**

11                            **DISTRICT OF NEVADA**

12   Ralph Korte Revocable Indenture of Trust      CASE NO.  2:11-cv-01077-PMP-GWF
     dated August 4, 1980;
13
                              Plaintiff,
14   v.                                                    **ORDER GRANTING**
                                                    **PETITION FOR APPOINTMENT**
15   D & R Partners, LLC, a Nevada limited                  **OF RECEIVER**
     liability company;
16
17                            Defendant.
18

19
20       Having examined the Petition for Appointment of Receiver of Plaintiff Ralph Korte

     Revocable Indenture of Trust dated August 4, 1980 (the "Korte Trust" or "Lender"), having heard
21
     oral argument from counsel for the parties on July 12, 2011, and for good cause appearing, this
22
     Court enters is Order Granting Petition for Appointment of Receiver as follows.
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

## ORDER

**IT IS HEREBY ORDERED** that the Korte Trust's Petition for Appointment of Receiver is **GRANTED**.

**IT IS FURTHER ORDERED** that Cordes & Company is immediately appointed as the Receiver in charge of managing the property identified in the Deed of Trust (the "Property").

**IT IS FURTHER ORDERED** that Cordes & Company is authorized as Receiver to:

    a.  Conserve, preserve, protect, and manage the Korte Trust's security;

    b.  Collect Rents and Profits as they become due and payable;

    c.  Dispose of the security when appropriate; and

    d.  Distribute the lease and sale proceeds as appropriate.

**IT IS FURTHER ORDERED** that D & R Partners, LLC, and anyone acting for D & R Partners, LLC who does not have valid rights in the Property or any portion thereof, is hereby prohibited from:

    a.  possession of the Property, or any portion thereof;

    b.  collecting any Rents or Profits due;

    c.  selling, assigning, conveying, transferring, encumbering, or delivering any of Korte Trust's security to any other entity or person.

**IT IS FURTHER ORDERED** that Cordes & Company comply with any and all restrictions in the Note and Deed of Trust, or obtain written Lender approval, for actions undertaken in its role as Receiver.

**IT IS FURTHER ORDERED** that Cordes & Company may serve as Receiver without the need of filing or posting a bond.

**IT IS FURTHER ORDERED** that Cordes & Company shall be compensated for the performance of its services at the following hourly rates: Principals $300 per hour; Sr. Professionals $225 per hour; Professionals $175 per hour; and Para-professional staff $60-$120 per hour. Cordes & Company shall also retain a third party management company for the day to day operations and shall compensate that company with a flat monthly fee of 2,250.00, subject to final approval by this Court. Cordes & Company shall submit quarterly invoices to this Court for

1  its review commencing on September 30, 2011, and continuing thereafter on the last business day

2  of every third month until the Receivership is concluded.

3       **IT IS FURTHER ORDERED** that Cordes & Company may employ counsel and other

4  professionals necessary to the Receivership, which counsel and other professionals may be paid

5  from the receivership estate subject to the final approval of this Court.

6

7       DATED this _ 20th day of July, 2011.

8

9  _____
   United States District Judge

10

11

12  Submitted by:

13  SNELL & WILMER, L.L.P.

14

15

16  Patrick B. Byrne, Esq.
    Nevada Bar No. 7636

17  Justin L. Carley, Esq.
    Nevada Bar No. 9994

18  SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway

19  Suite 1100
    Las Vegas, NV  89169

20  Telephone (702) 784-5200
    Facsimile (702) 784-5252

21

22  *Attorneys for Plaintiff Ralph Korte Revocable*
    *Indenture of Trust dated August 4, 1980*

23

24  13388689.2

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200