UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RALPH KORTE REVOCABLE INDENTURE OF TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>D & R PARTNERS, LLC,<br><br>  Defendant. | 2:11-CV-01077-PMP-CWH<br><br>ORDER |

On September 13, 2011, the Court approved the Third Stipulation for Extension of Time (Doc. #21) permitting Defendant to an including October 3, 2011 within which to file an answer to Plaintiff's Complaint. To date, no answer or other pleading has been filed. The Court assumes this is because the Parties have reached a settlement of this action. However, to verify the status of this case,

**IT IS ORDERED** that the Parties to this action shall, not later than **January 10, 2012**, file a joint written status report advising the Court of the status of this action, or alternatively to file a stipulation for dismissal.

DATED: December 22, 2011.

PHILIP M. PRO
United States District Judge