Bart K. Larsen, Esq.
Nevada Bar No. 008538
David G. Alleman, Esq.
Nevada Bar No. 007973
**Kolesar & Leatham**
400 S. Rampart, Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:     blarsen@klnevada.com
            dalleman@klnevada.com

*Attorneys for Defendant*
*D&R Partners, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RALPH KORTE REVOCABLE INDENTURE OF TRUST DATED AUGUST 4, 1980,<br><br>Plaintiff,<br><br>v.<br><br>D&R PARTNERS, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:11-cv-01077-PMP-GWF |

### STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND FOR TERMINATION OF RECEIVERSHIP

IT IS HEREBY STIPULATED between Plaintiff, Ralph Korte Revocable Indenture of Trust Dated August 4, 1980 ("Plaintiff"), by and through its counsel, Justin L. Carley, Esq. of the law firm of Snell & Wilmer, L.L.P., and Defendant, D&R Partners, LLC ("Defendant"), by and through its counsel, Bart K. Larsen, Esq. of the law firm of Kolesar & Leatham, that the appointment of Cordes & Company as Receiver ("Receiver") pursuant to this Court's prior Order dated July 20, 2011 [Docket No. 12] shall be terminated immediately upon Receiver's submission of its final report and accounting ("Final Report"), which is to occur within ten (10) days after entry of this Stipulation and Order.

1
2         Plaintiff and Defendant further stipulate that Plaintiff's Complaint shall be dismissed
3   with prejudice, with each party to bear its own attorneys' fees and costs incurred herein, upon
4   this Court's entry of order terminating the Receivership as explained above.
5
6   Dated this 27th day of April, 2012.        Dated this 27th day of April, 2012.
7   **SNELL & WILMER, L.L.P.**            **KOLESAR & LEATHAM**
8
    */s/ Justin L. Carley, Esq.*               */s/ Bart K. Larsen, Esq.*
9   JUSTIN L. CARLEY, ESQ.           BART K. LARSEN, ESQ.
    Nevada Bar No. 9994               Nevada Bar No. 8538
10  3883 Howard Hughes Parkway     400 South Rampart Boulevard
    Suite 1100                        Suite 400
11  Las Vegas, NV  89169             Las Vegas, Nevada 89145
12
    *Attorneys for Ralph Korte Revocable*    *Attorneys for D&R Partners, LLC*
13  *Indenture of Trust Dated August 4, 1980*
14
15
                                                          **IT IS SO ORDERED**
16
17                                                    /s/ Philip M. Pro
18                                                 UNITED STATES DISTRICT JUDGE
19                                                 DATED: April 30, 2012.
20
21  SUBMITTED BY:
22  **KOLESAR & LEATHAM**
23  */s/ Bart K. Larsen, Esq.*
    BART K. LARSEN, ESQ.
24  Nevada Bar No. 008538
    400 S. Rampart Blvd., Suite 400
25  Las Vegas, NV  89145
26  *Attorneys for D&R Partners, LLC*
27
28

14964374_1.DOC (8163-1)           - 2 -