BART K. LARSEN, ESQ.
Nevada Bar No. 008538
DAVID G. ALLEMAN, ESQ.
Nevada Bar No. 007973
**KOLESAR & LEATHAM**
400 S. Rampart, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   blarsen@klnevada.com
          dalleman@klnevada.com

*Attorneys for Defendant*
*D&R Partners, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RALPH KORTE REVOCABLE INDENTURE OF TRUST DATED AUGUST 4, 1980,<br><br>Plaintiff,<br><br>v.<br><br>D&R PARTNERS, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:11-cv-01077-PMP-GWF |

### STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT WITH PREJUDICE AND FOR TERMINATION OF RECEIVERSHIP

IT IS HEREBY STIPULATED between Plaintiff, Ralph Korte Revocable Indenture of Trust Dated August 4, 1980 ("Plaintiff"), by and through its counsel, Justin L. Carley, Esq. of the law firm of Snell & Wilmer, L.L.P., and Defendant, D&R Partners, LLC ("Defendant"), by and through its counsel, Bart K. Larsen, Esq. of the law firm of Kolesar & Leatham, that the appointment of Cordes & Company as Receiver ("Receiver") pursuant to this Court's prior Order dated July 20, 2011 [Docket No. 12] shall be terminated immediately upon Receiver's submission of its final report and accounting ("Final Report"), which is to occur within ten (10) days after entry of this Stipulation and Order.

Plaintiff and Defendant further stipulate that Plaintiff's Complaint shall be dismissed with prejudice, with each party to bear its own attorneys' fees and costs incurred herein, upon this Court's entry of order terminating the Receivership as explained above.

Dated this 27th day of April, 2012.

**SNELL & WILMER, L.L.P.**

*/s/ Justin L. Carley, Esq.*
JUSTIN L. CARLEY, ESQ.
Nevada Bar No. 9994
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV  89169

*Attorneys for Ralph Korte Revocable Indenture of Trust Dated August 4, 1980*

Dated this 27th day of April, 2012.

**KOLESAR & LEATHAM**

*/s/ Bart K. Larsen, Esq.*
BART K. LARSEN, ESQ.
Nevada Bar No. 8538
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145

*Attorneys for D&R Partners, LLC*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
DATED: April 30, 2012.

SUBMITTED BY:

**KOLESAR & LEATHAM**

*/s/ Bart K. Larsen, Esq.*
BART K. LARSEN, ESQ.
Nevada Bar No. 008538
400 S. Rampart Blvd., Suite 400
Las Vegas, NV  89145

*Attorneys for D&R Partners, LLC*